EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2015 TSPR 173 |
|---|---|
| Augusto C. Medina Perea | 194 DPR ____ |

Número del Caso: TS-11,241

Fecha: 28 de diciembre de 2015

Materia: Reinstalación al Ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|---|---|---|
| Augusto C. Medina Perea | TS-11241 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de diciembre de 2015.

Evaluada la *Moción para Solicitar Ser Reinstalado en el Ejercicio de la Abogacía,* presentada por la parte peticionaria el 17 de diciembre de 2015, se reinstala al Lcdo. Augusto C. Medina al ejercicio de la abogacía. Se concede término de treinta (30) días a la Sociedad para la Asistencia Legal de Puerto Rico (Sociedad) para que se exprese sobre la exención del pago de aranceles por testimonios otorgados por el licenciado Medina Perea en el ejercicio de sus funciones como abogado de la Sociedad tanto ante este Tribunal como ante la ODIN. Así mismo, se concede un término de cuarenta y cinco (45) días a la Oficina de Inspección de Notarías (ODIN) para que se exprese en cuanto a la moción presentada el 17 de diciembre de 2015.

Se reactiva la queja AB-2013-20 que fuera archivada administrativamente tras la suspensión del licenciado Medina Perea.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres reactivaría y dispondría de la queja antes de considerar la solicitud de reinstalación del abogado Augusto C. Medina Perea.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo